RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 2/15/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JACKIE REYNOLDS | CIVIL ACTION NO. 09-1077 |
| VERSUS | JUDGE ROBERT G. JAMES |
| WARDEN NEWCOMER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## ORDER

Pending before the Court is an appeal [Doc. No. 15, corrected Doc. No. 18] of Magistrate Judge Hayes's order denying seven of plaintiff's pre-trial motions [Doc. No. 14]. Plaintiff appeals Magistrate Judge Hayes's denial of its Motion to Proceed on One Copy [Doc. No. 3], Motion to Appoint Counsel [Doc. No. 4], Motion for Protective Order [Doc. No. 5], Motion to Certify Class [Doc. No. 6], Motion to Appoint a Special Master [Doc. No. 7], Motion for Service [Doc. No. 12], and Motion for a Supplemental Pleading Ordering a Preliminary Injunction [Doc. No. 13].

These motions are non-dispositive pre-trial matters. Under 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), the Court reviews a magistrate judge's rulings on a non-dispositive matter only to determine whether they are clearly erroneous or contrary to law.

Having reviewed the Defendants' appeal, the Court finds that Magistrate Judge Hayes's order is neither clearly erroneous nor contrary to law. The Court notes, however, that the plaintiff's complaint remains on initial review pursuant to 28 U.S.C. §§ 1915, 1915A, and 42 USC §1983, and that the motions will be subject to reconsideration as the case develops.

IT IS ORDERED that Defendants' appeal [Doc. No. 15, corrected Doc. No. 18] is

DENIED, and Magistrate Judge Hayes's August 24, 2009 order [Doc. No. 14] is affirmed.

MONROE, LOUISIANA, this 15 day of September, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE